IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY M. FRIEDLANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-0555-CG-B |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause having settled during the conference held before Magistrate Judge Bivins this date, it is hereby **ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 13th day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE